*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT JOHN STOCKTON, JR.,** | Case No. C 13-3978 RMW (PR) |
| Petitioner, | **[] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **GREG D. LEWIS, Warden,** | |
| Respondent. | |

Respondent applied ex parte for an extension of time to file his response to the Petition for Writ of Habeas Corpus. For good cause having been shown, it is hereby ordered that Respondent is granted an extension of time to file his motion to dismiss or answer until June 2, 2014.

Dated: _____

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[ Order (C 13-3978 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN STOCKTON JR,<br><br>          Plaintiff,<br><br>   v.<br><br>GREG D LEWIS et al,<br><br>          Defendant. | Case Number: CV13-03978 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert John Stockton J-80992
C11-102, Security Housing Unit
Pelican Bay State Prison, SHU
P.O. Box 7500
Crescent City, CA 95532

Dated: June 2, 2014

                                         Richard W. Wieking, Clerk
                                         By: Jackie Lynn Garcia, Deputy Clerk