**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT JOHN STOCKTON, JR., | ) | No. C 13-3978 RMW (PR) |
| Petitioner, | ) | ORDER GRANTING IN PART |
| vs. | ) | MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| ACTING WARDEN CLARK DUCART, | ) | |
| Respondent. | ) | (Docket No. 17) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the prison's Institutional Classification Committee's 2011 decision during his periodic review hearing to retain petitioner in the secured housing unit ("SHU"). The court issued an order to show cause why the petition should not be granted. On April 30, 2015, respondent filed an answer. (Docket No. 16.) Plaintiff has filed a motion requesting a sixty-day extension of time to file a traverse. (Docket No. 17.) Petitioner states that on May 12, 2015, he was transferred to another prison and is not in possession of his legal materials. (Id. at 2.)

Having shown good cause, petitioner's motion is **GRANTED** in part. Petitioner shall file a traverse **no later than thirty (30) days** after the date this order is filed.

//

//

1   The order terminates docket number 17.

2   IT IS SO ORDERED.

3   DATED:

4   _____
    RONALD M. WHYTE
    United States District Judge

Order Granting in Part Motion for Extension of Time to File Traverse
P:\PRO-SE\RMW\HC.13\Stockton978eot-trav.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JOHN STOCKTON JR,

        Plaintiff,

  v.

ACTING WARDEN CLARK DUCART,

        Defendant.

Case Number: CV13-03978 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert John Stockton J-80992
C7-105
HDSP
P.O. Box 3030
Susanville, CA 96127

Dated: June 12, 2015

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk